**Order entered January 11, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01258-CV

### CATHERINE ROSSI, Appellant

### V.

### CAE INC. AND CAE SIMUFLITE, INC., Appellees

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-02898**

## ORDER

Before the Court are appellant's January 7, 2019 motion for an extension of time to file a brief, appellees' response opposing the motion, and appellant's reply. We **GRANT** the motion and extend the time to **February 8, 2019**.

/s/     BILL WHITEHILL
        JUSTICE